UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**               **DATE: 5/25/2010**
               United States Magistrate Judge
                                                   **TIME: 2:30 pm**

**DOCKET NO:**     CV 08-4736 (LDW)

**CASE:**          Daniels v. Premium Capital Funding

____   INITIAL CONFERENCE
 X     STATUS CONFERENCE                           BY TELEPHONE  X
____   SETTLEMENT CONFERENCE
____   FINAL CONFERENCE

**APPEARANCES:**     **FOR PLAINTIFF:**        **FOR DEFENDANT:**
                     Ryan Stephan              Mike Schmidt
                     Erik Langeland
                                               Coleman Brown
                                               David Brown

**The following rulings were made:**

   Parties report that they are working towards a possible settlement. Accordingly a further telephone conference will be held on June 28, 2010 at 2:30 p.m. Plaintiff shall initiate the call and contact the court at (631) 712-5730 once all of the parties are on the line.

   The pending motion for class certification, motion to compel, and motion to withdraw are deemed withdrawn with leave to refile after the June 28, 2010 conference.

                              **SO ORDERED:**
                              _____/s/_____