IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON DANIELS and ROBERT SZWAJA Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PREMIUM CAPITAL FUNDING, LLC D/B/A TOP DOT MORTGAGE, DAVID BROWN, FRANK FIORE and DANIEL MANSI, <br><br> Defendants. | Case No. CV 08-4736 <br><br> JUDGE WEXLER <br><br> MAGISTRATE JUDGE LINDSAY |

## JOINT PRE-TRIAL ORDER

i. The caption is above.

ii. Trial Counsel:

   For Plaintiffs:

   Erik H. Langeland
   500 Fifth Avenue, Suite 1610
   New York, NY 10110
   Tel.: 212 354-6270
   Fax: 212 898-9086

   James B. Zouras
   Ryan F. Stephan
   (Admitted Pro Hac Vice)
   STEPHAN ZOURAS, LLP
   205 North Michigan Avenue
   Suite 2560
   Chicago, IL 60601
   (312) 233-1550
   (312) 233-1560 (Fax)

   For Defendant, Premium Capital Funding, LLC:

1

    Michael Barone
    Law Offices of Michael G. Barone
    6900 Jericho Turnpike
    Suite 115W
    Syosset, NY 11753
    (516) 381-7745
    (516) 570-3743 (fax)

Individual Defendants:

    David Brown (*Pro Se*)
    6900 Jericho Turnpike
    Suite 115W
    Syosset, NY 11753
    (516) 802-7834

    Frank Fiore (*Pro Se*)
    6900 Jericho Turnpike
    Suite 115W
    Syosset, NY 11753
    (516) 802-7834

    Daniel Mansi (*Pro Se*)
    17 Janet Lane East
    Hauppauge, NY 11788
    (631) 297-8153

iii. Plaintiffs: This case is to be tried to a jury. Plaintiffs believe it will last 10 days. Plaintiffs request six jurors, with a non-unanimous vote (five of six).

Defendants: A non-jury trial is preferable, but has no objection to Plaintiffs' request for a jury trial, the number of jurors or the non-unanimous vote. The corporate defendant believes the trial will last 5 days.

iv. A list of fact and expert witnesses whose testimony is to be offered in its case in chief

For Plaintiffs:

1. Aaron Daniels

2. Robert Szwaja

3. Paul Bernstein

4. Carol Zeifman

2

5. James D. Ford III

6. Henry Rivera

7. Brian Corona

8. Garry Thelamy

9. William Gilliam

10. David Droge

11. Jamel Wright

12. Rafael Meza

13. William Telford

14. Carlos Lember

15. Chris Clark

> Note: Plaintiffs may not call all of the designated witnesses because of logistics and/or duplicativeness of witnesses.

For Defendants,

1. Jason Shannon

2. Mario Argenzio

3. David Ruiz

4. John Ramirez

5. Dan Rebolini

6. Kolman Brown

7. David Brown

8. Frank Fiore

9. Daniel Mansi

   10. Jesse Gonzalez

   11. Matthew Klein

   Note: Defendants may not call all of the designated witnesses as such testimony will be dependant upon the evidence Plaintiffs present to prove the allegations set forth in the Complaint.

vi.   Designation of deposition testimony to be offered in case in chief/cross-designations and objections (with grounds)

Plaintiffs designate the following testimony:

Kolman Brown:

10:15 – 25; 11:22 - 12:16; 38:16 – 20; 49:16 – 22; 50:11 – 24; 53:20 - 54:9; 59:18 – 22; 60:14 - 61:10; 72:7 – 12; 74:3 – 21; 75:2 – 9; 75:13 – 25; 76:2 – 10; 76:22 - 77:10; 78:12 - 79:18; 79:20 – 24; 80:3 – 10; 80:25 - 81:8; 81:20 - 82:7; 82:8 – 19; 84:12 – 24; 86:20 - 87:6; 88:6 - 89:2; 89:3 – 15; 95:21 - 96:1; 97:25 - 98:15; 98:16 – 18; 100:4 – 20; 102:7 – 10;102:11 – 13; 104:11 – 20; 107:22 - 108:18; 114:9 – 17; 115:16 - 116:3; 117:5 – 21; 117:22 - 118:9; 118:10 - 119:13; 119:21 - 120:5; 120:13 – 23; 122:19 - 123:11; 126:22 - 127:4; 127:18 - 128:5; 128:8 - 129:4; 129:5 – 10; 131:3 – 17; 131:21 - 132:3; 136:22 - 137:11; 138:3 – 10; 139:9 – 25; 140:18 – 22; 142:18 - 143:19; 143:20 – 22; 143:23 - 144:7; 145:2 – 8; 147:15 - 148:4; 152:2 – 19; 154:15 – 20; 155:18 - 156:11; 160:10 – 16; 163:17 – 23; 164:16 – 19; 164:23 - 165:20; 165:25 - 166:13; 166:17 – 21; 169:12 - 170:11; 170:12 – 17; 172:2 – 6; 172:7 - 173:3; 174:25 - 175:4; 175:5 – 11; 184:9 – 21; 184:22 - 186:2; 191:5 – 13; 191:19 - 192:1; 192:17 – 24; 192:25 - 193:7; 195:2 – 16; 196:19 - 197:11; 197:12 - 199:11; 199:21 - 200:4; 201:16 – 24; 206:3 - 207:7; 208:14 - 209:15; 210:15 - 211:16; 216:2 – 8; 216:9 - 218:20; 218:21 - 219:22; 227:8 - 228:7; 228:20 - 229:2; 229:9 – 12; 234:22 - 235:16; 242:9 – 17; 244:25 - 246:3; 250:12 - 251:4; 251:5 - 252:18; 262:11 - 263:13; 263:14 – 24; 267:6 – 16; 267:21 - 268:4; 268:5 – 18; 268:19 - 269:8; 271:23 - 272:4; 272:6 - 273:2; 274:13 - 275:10; 275:11 - 276:5; 276:6 – 25; 277:2 – 10; 278:11 – 21; 278:22 - 281:24; 287:9 - 288:20; 288:21 - 289:6

Rachel Brechner:

42:17 – 24; 42:25 - 44:13; 72:23 - 73:18 73:23 - 74:16; 75:3 - 76:4; 76:15 – 20; 80:14 - 81:17; 81:25 - 82:12; 84:19 - 85:10; 85:11 - 86:13; 86:19 - 87:22; 88:14 – 22; 88:23 - 89:15; 91:13 - 92:3; 92:4 - 93:2; 93:23 – 25; 95:17 - 96:2; 96:3 – 9; 99:11 – 16; 100:7 - 101:9; 111:21 – 25; 112:24 - 114:3; 114:20 - 115:4; 115:5 – 14; 117:8 – 14; 118:17 – 23; 118:24 - 119:7; 120:6 – 24; 131:17 – 24; 152:7 - 154:12; 154:13 - 155:2; 155:3 – 12; 155:13 - 156:15; 156:16 - 157:4; 198:11 - 199:4; 201:2 – 15; 202:25 - 203:8; 212:8 - 215:13; 215:14 - 216:11; 219:7 - 222:8; 225:13 - 226:13; 229:21 – 25; 230:2 – 11; 232:5 – 14; 238:6 – 8; 238:9 - 240:6; 240:9 – 15; 242:18 - 244:11

4

Frank Fiore

18: 3-10; 19: 6-23; 23: 19-25; 27: 15-25; 28: 1-8; 34: 5-25; 35: 17-24; 36: 3-24; 49: 7-25; 50: 1-24; 51: 8-25; 52: 1-4; 54: 11-25; 55: 1-25; 56: 1-25; 57: 1-25; 63: 4-25; 69: 7-25; 70: 1-25; 71: 1-25; 72: 1-25; 81: 7-24; 82: 3-25; 83: 1-19; 88: 21-24; 90: 3-19; 93: 5-25; 94: 1-12; 97: 12-25; 98: 1-25; 99: 4-25; 100: 12-25; 101: 2-25; 102: 1-25; 103: 1-23; 105: 5-25; 106: 1-16; 107: 4-25; 108: 1-17; 109: 15-25; 110: 1-25; 111: 1-13; 119: 1-25; 120: 1-21; 124: 8-25; 125: 1-25; 126: 1-25; 148: 1-25; 152: 13-25; 153: 1-23; 155: 10-25; 156: 1-25; 157: 1-25; 158: 1-25; 159: 1-25; 160: 1-5; 162: 1-23; 163: 5-25; 164: 1-25; 165: 1-19; 190: 1-25; 200: 4-25; 201: 1-25; 202: 1-25; 203: 1-25; 204: 1-25; 205: 1-25; 206: 1-25; 207: 1-25; 208: 1-25; 210: 9-25; 211: 1-6; 215: 22-25; 216: 1-25; 217: 1-25; 218: 1-25; 219: 1-25; 220: 1-20; 239: 3-25; 240: 1-16; 241: 1-25; 242: 1-9; 243: 21-25;

David Brown

20: 15-25; 21: 1-23; 22: 1-9; 23: 3-16; 29: 9-25; 30: 1-23; 33: 12-25; 34: 1-9; 35: 25; 36: 1-14; 43: 5-25; 44: 1-25; 45: 1-25; 46: 1-25; 48: 1-25; 50: 3-25; 51: 1-25; 52: 1-20; 56: 11-20; 57: 5-25; 58: 1-25; 59: 1-25; 60: 1-25; 61: 1-25; 62: 1-25; 63: 1-25; 66: 3-25; 67: 1-25; 68: 1-25; 73: 23-25; 74: 1-25; 75: 1-17; 76: 1-25; 77: 1-25; 78: 1-25; 79: 1-25; 80: 1-25; 84: 1-25; 85: 13-25; 88: 17-25; 89: 1-3; 91: 12-25; 92: 1-19; 95: 10-25; 96: 1-25; 97: 1-25; 98: 1-25; 99: 1-21; 105: 8-25; 106: 1-25; 107: 1-20; 108: 4-24; 109: 11-25; 110: 1-24; 111: 23-25; 112: 1-25; 113: 1-25; 114: 1-10; 119: 16-25; 120: 1-16; 142: 7-25; 143: 1-25; 144: 1-25; 145: 1-25; 146: 1-23; 147: 1-25; 148: 1-25; 149: 1-2; 152: 4-25; 153: 1-25; 154: 1-25; 155: 1-25; 156: 1-25; 157: 1-25; 158: 1-25; 159: 1-25; 160: 1-10; 164: 20-25; 165: 1-25; 172: 23-25; 173: 1-10; 175: 17-24; 176: 9-25; 177: 1-25; 178: 1-25; 179: 12-25; 180: 1-8; 189: 10-25; 190: 1-25; 191: 24-25; 192: 1-25; 193: 1-25; 194: 1-12; 197: 1-15; 198: 10-22; 203: 14-25; 204: 1-24; 207: 13-25; 208: 1-25; 209: 1-9;

Daniel Mansi

25:12 - 26:10; 26:11 - 27:13; 63:12 - 64:20; 64:21 - 65:14; 67:24 - 68:12; 71:24 - 72:9; 73:5 - 74:21; 78:7 - 79:2; 83:19 - 84:6; 84:7 – 25; 89:25 - 91:9; 92:7 – 19; 97:14 – 25; 103:5 – 7; 107:8 – 16; 109:12 – 16; 110:4 – 11; 110:16 – 25; 113:5 – 13; 127:4 – 9; 127:17 – 23; 132:15 – 133:2; 134:24 - 135:6; 154:16 - 155:12; 156:9 – 12; 168:22 – 25; 169:2 – 22; 175:5 - 176:5; 176:6 - 177:18; 177:23 - 180:8; 180:9 – 23; 181:6 – 25; 183:24 - 184:7; 196:20 - 197:24; 199:23 - 200:11; 200:12 - 201:10; 204:10 - 205:14; 207:2 – 13; 219:6 - 220:12; 225:2 – 8; 246:17 - 247:4; 247:5 – 24; 252:23 - 253:2; 253:3 – 23; 264:25 - 265:11; 266:5 – 11; 290:12 – 16; 290:24 - 291:4; 291:12 – 18.

Plaintiffs reserve the right to enter as evidence such much of the deposition testimony of this witness as conflicts with his testimony at trial.

5

Plaintiffs reserve the right to enter as evidence such much of the deposition testimony of Defendants' witnesses as conflicts with their testimony at trial.

Defendant designates the following testimony:

Rohit Chetal

8:11 – 10:2; 51;16 – 54:2; 56:22 – 57:10; 58:14 – 59:23; 87:11 – 90:03; 119:17 – 121:8; 122:4 – 122:7; 150:7 – 151:13.

Aaron Daniels

6:18 – 9:19; 13:6 – 17:14; 18:8 – 19:16; 120:13 – 124:8; 149:16 – 163:3; 164:6 – 174:5; 175:7 – 176:16.

Defendants reserve the right to enter as evidence additional portions of the deposition testimony of the witness as conflicts with his testimony at trial.

vii. List of Exhibits

|   | **Plaintiffs' Exhibits** |   |   |   |
|---|---|---|---|---|
| # | Description | Bates Nos. | * =Obj. | Basis for Objection |
| 1 | Defendants' Corporate Organization Board | None. |   |   |
| 2 | Emails regarding Overtime | DanielsPlts'Prod000001-000003 |   |   |
| 3 | Complaint in previous FLSA case involving Defendants | None. | * | Hearsay if offered for the truth of the allegations contained therein. |
| 4 | Defendants' Answers to Interrogatories | None. |   |   |
| 5 | Defendants' Responses to Request for Admission | None. |   |   |
| 6 | Mortgage Specialist Compensation Plans | See Plts' Dep. Ex. 1, 9, 10 |   |   |
| 7 | August 15, 2008 email from Robert Miller | See Plts' Dep. Ex. 4 |   |   |
| 8 | Loan Officer Agreements | See Plts' Dep. Ex. 5, 6 |   |   |
| 9 | Compensation Reports | D00001-000645 |   |   |
| 10 | Loan Officer | See Plts' Dep. Ex. 14 |   |   |

6

|    |                                              |                                                              |   |                                                                                  |
|----|----------------------------------------------|--------------------------------------------------------------|---|----------------------------------------------------------------------------------|
|    | Responsibilities                             |                                                              |   |                                                                                  |
| 11 | Loan Officer Job Listings                    | See Plts' Dep. Ex. 16, 17, 27                                |   |                                                                                  |
| 12 | Employee Classification Form                 | See Plts' Dep. Ex. 18                                        |   |                                                                                  |
| 13 | Defendants' Policy Manuals                   | None.                                                        |   |                                                                                  |
| 14 | September 9, 2009 email from Adam Brown      | See Plts' Dep. Ex. 23                                        |   |                                                                                  |
| 15 | Department of Labor Materials                | See Plts' Dep. Ex. 25 and 113 page response to FOIA request  |   |                                                                                  |
| 16 | Branch Commission Policy                     | Not bates stamped                                            |   |                                                                                  |
| 17 | Plaintiffs' declarations                     | None.                                                        | * | Hearsay if offered for the truth of the allegations contained therein.           |

**Defendant's Exhibits**

1. Plaintiffs' Complaint;
2. All Consents to Join Collective Action filed in this action
3. All Declarations filed by any Plaintiff and/or any individual who consented to join the action.


Dated: July 15, 2011

Respectfully Submitted,

Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
Phone: (212) 354-6270
Fax: (212) 898-9086
elangeland@langelandlaw.com

_____
James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 (Fax)

_____
Michael Barone
Law Offices of Michael G. Barone
6900 Jericho Turnpike
Suite 115W
Syosset, NY 11753
(516) 381-7745
(516) 570-3743 (fax)

_____
David Brown
6900 Jericho Turnpike
Suite 115W
Syosset, NY 11753
(516) 802-7834

_____
Frank Fiore
6900 Jericho Turnpike
Suite 115W
Syosset, NY 11753
(516) 802-7834

_____
Daniel Mansi
17 Janet Lane East
Hauppauge, NY 11788
(631) 297-8153

8

---
James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 (Fax)

---
Michael Barone
Law Offices of Michael G. Barone
6900 Jericho Turnpike
Suite 115W
Syosset, NY 11753
(516) 381-7745
(516) 570-3743 (fax)

*/s/ David Brown*
---
David Brown
6900 Jericho Turnpike
Suite 115W
Syosset, NY 11753
(516) 802-7834

---
Frank Fiore
6900 Jericho Turnpike
Suite 115W
Syosset, NY 11753
(516) 802-7834

---
Daniel Mansi
17 Janet Lane East
Hauppauge, NY 11788
(631) 297-8153

8