**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON DANIELS and ROBERT SZWAJA Individually, and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. CV 08-4736 |
| v.  ) ) | JUDGE WEXLER |
| PREMIUM CAPITAL FUNDING, LLC D/B/A TOP DOT MORTGAGE, DAVID BROWN, FRANK FIORE and DANIEL MANSI, ) ) ) ) ) ) | MAGISTRATE JUDGE LINDSAY |
| Defendants. ) | |

**AMENDED JOINT PRE-TRIAL ORDER**

All parties have agreed to amend the Joint Pre-Trial Order as follows:

i. The caption is above.

ii. Trial Counsel:

    For Plaintiffs:

        Erik H. Langeland
        500 Fifth Avenue, Suite 1610
        New York, NY 10110
        Tel.: 212 354-6270
        Fax: 212 898-9086

        James B. Zouras
        Ryan F. Stephan
        (Admitted Pro Hac Vice)
        STEPHAN ZOURAS, LLP
        205 North Michigan Avenue
        Suite 2560
        Chicago, IL 60601
        (312) 233-1550
        (312) 233-1560 (Fax)

      For Defendant, Premium Capital Funding, LLC:

           Michael Barone
           Law Offices of Michael G. Barone
           6900 Jericho Turnpike
           Suite 115W
           Syosset, NY 11753
           (516) 381-7745
           (516) 570-3743 (fax)

      Individual Defendants:

           David Brown (*Pro Se*)
           6900 Jericho Turnpike
           Suite 115W
           Syosset, NY 11753
           (516) 802-7834

           Frank Fiore (*Pro Se*)
           6900 Jericho Turnpike
           Suite 115W
           Syosset, NY 11753
           (516) 802-7834

           Daniel Mansi (*Pro Se*)
           17 Janet Lane East
           Hauppauge, NY 11788
           (631) 297-8153

iii. Plaintiffs: This case is to be tried to a jury. Plaintiffs believe it will last 10 days. Plaintiffs request six jurors, with a non-unanimous vote (five of six).

Defendants: A non-jury trial is preferable, but has no objection to Plaintiffs' request for a jury trial, the number of jurors or the non-unanimous vote. The corporate defendant believes the trial will last 5 days.

iv. A list of fact and expert witnesses whose testimony is to be offered in its case in chief

For Plaintiffs:

1. Aaron Daniels

2. Robert Szwaja

3. Paul Bernstein

4. Carol Zeifman

5. James D. Ford III

6. Henry Rivera

7. Brian Corona

8. Garry Thelamy

9. William Gilliam

10. David Droge

11. Jamel Wright

12. Rafael Meza

13. William Telford

14. Carlos Lember

15. Chris Clark

16. Rebecca Schenker

17. David Brown

18. Frank Fiore

19. Daniel Mansi

20. Kolman Brown

21. Rachel Brechner

> Note: Plaintiffs may not call all of the designated witnesses because of logistics and/or duplicativeness of witnesses.

For Defendants,

1. Jason Shannon

2. Mario Argenzio

3. David Ruiz

4. John Ramirez

5. Dan Rebolini

6. Kolman Brown

7. David Brown

8. Frank Fiore

9. Daniel Mansi

10. Jesse Gonzalez

11. Matthew Klein

> Note: Defendants may not call all of the designated witnesses as such testimony will be dependant upon the evidence Plaintiffs present to prove the allegations set forth in the Complaint.

vi. Designation of deposition testimony to be offered in case in chief/cross-designations and objections (with grounds)

Plaintiffs designate the following testimony:

Kolman Brown:

10:15 – 25; 11:22 - 12:16; 38:16 – 20; 49:16 – 22; 50:11 – 24; 53:20 - 54:9; 59:18 – 22; 60:14 - 61:10; 72:7 – 12; 74:3 – 21; 75:2 – 9; 75:13 – 25; 76:2 – 10; 76:22 - 77:10; 78:12 - 79:18; 79:20 – 24; 80:3 – 10; 80:25 - 81:8; 81:20 - 82:7; 82:8 – 19; 84:12 – 24; 86:20 - 87:6; 88:6 - 89:2; 89:3 – 15; 95:21 - 96:1; 97:25 - 98:15; 98:16 – 18; 100:4 – 20; 102:7 – 10;102:11 – 13; 104:11 – 20; 107:22 - 108:18; 114:9 – 17; 115:16 - 116:3; 117:5 – 21; 117:22 - 118:9; 118:10 - 119:13; 119:21 - 120:5; 120:13 – 23; 122:19 - 123:11; 126:22 - 127:4; 127:18 - 128:5; 128:8 - 129:4; 129:5 – 10; 131:3 – 17; 131:21 - 132:3; 136:22 - 137:11; 138:3 – 10; 139:9 – 25; 140:18 – 22; 142:18 - 143:19; 143:20 – 22; 143:23 - 144:7; 145:2 – 8; 147:15 - 148:4; 152:2 – 19; 154:15 – 20; 155:18 - 156:11; 160:10 – 16; 163:17 – 23; 164:16 – 19; 164:23 - 165:20; 165:25 - 166:13; 166:17 – 21; 169:12 - 170:11; 170:12 – 17; 172:2 – 6; 172:7 - 173:3; 174:25 - 175:4; 175:5 – 11; 184:9 – 21; 184:22 - 186:2; 191:5 – 13; 191:19 - 192:1; 192:17 – 24; 192:25 - 193:7; 195:2 – 16; 196:19 - 197:11; 197:12 - 199:11; 199:21 - 200:4; 201:16 – 24; 206:3 - 207:7; 208:14 - 209:15; 210:15 - 211:16; 216:2 – 8; 216:9 - 218:20; 218:21 - 219:22; 227:8 - 228:7; 228:20 - 229:2; 229:9 – 12; 234:22 - 235:16; 242:9 – 17; 244:25 - 246:3; 250:12 - 251:4; 251:5 - 252:18; 262:11 - 263:13; 263:14 – 24; 267:6

– 16; 267:21 - 268:4; 268:5 – 18; 268:19 - 269:8; 271:23 - 272:4; 272:6 - 273:2; 274:13 - 275:10; 275:11 - 276:5; 276:6 – 25; 277:2 – 10; 278:11 – 21; 278:22 - 281:24; 287:9 - 288:20; 288:21 - 289:6

Rachel Brechner:

42:17 – 24; 42:25 - 44:13; 72:23 - 73:18 73:23 - 74:16; 75:3 - 76:4; 76:15 – 20; 80:14 - 81:17; 81:25 - 82:12; 84:19 - 85:10; 85:11 - 86:13; 86:19 - 87:22; 88:14 – 22; 88:23 - 89:15; 91:13 - 92:3; 92:4 - 93:2; 93:23 – 25; 95:17 - 96:2; 96:3 – 9; 99:11 – 16; 100:7 - 101:9; 111:21 – 25; 112:24 - 114:3; 114:20 - 115:4; 115:5 – 14; 117:8 – 14; 118:17 – 23; 118:24 - 119:7; 120:6 – 24; 131:17 – 24; 152:7 - 154:12; 154:13 - 155:2; 155:3 – 12; 155:13 - 156:15; 156:16 - 157:4; 198:11 - 199:4; 201:2 – 15; 202:25 - 203:8; 212:8 - 215:13; 215:14 - 216:11; 219:7 - 222:8; 225:13 - 226:13; 229:21 – 25; 230:2 – 11; 232:5 – 14; 238:6 – 8; 238:9 - 240:6; 240:9 – 15; 242:18 - 244:11

Frank Fiore

18: 3-10; 19: 6-23; 23: 19-25; 27: 15-25; 28: 1-8; 34: 5-25; 35: 17-24; 36: 3-24; 49: 7-25; 50: 1-24; 51: 8-25; 52: 1-4; 54: 11-25; 55: 1-25; 56: 1-25; 57: 1-25; 63: 4-25; 69: 7-25; 70: 1-25; 71: 1-25; 72: 1-25; 81: 7-24; 82: 3-25; 83: 1-19; 88: 21-24; 90: 3-19; 93: 5-25; 94: 1-12; 97: 12-25; 98: 1-25; 99: 4-25; 100: 12-25; 101: 2-25; 102: 1-25; 103: 1-23; 105: 5-25; 106: 1-16; 107: 4-25; 108: 1-17; 109: 15-25; 110: 1-25; 111: 1-13; 119: 1-25; 120: 1-21; 124: 8-25; 125: 1-25; 126: 1-25; 148: 1-25; 152: 13-25; 153: 1-23; 155: 10-25; 156: 1-25; 157: 1-25; 158: 1-25; 159: 1-25; 160: 1-5; 162: 1-23; 163: 5-25; 164: 1-25; 165: 1-19; 190: 1-25; 200: 4-25; 201: 1-25; 202: 1-25; 203: 1-25; 204: 1-25; 205: 1-25; 206: 1-25; 207: 1-25; 208: 1-25; 210: 9-25; 211: 1-6; 215: 22-25; 216: 1-25; 217: 1-25; 218: 1-25; 219: 1-25; 220: 1-20; 239: 3-25; 240: 1-16; 241: 1-25; 242: 1-9; 243: 21-25;

David Brown

20: 15-25; 21: 1-23; 22: 1-9; 23: 3-16; 29: 9-25; 30: 1-23; 33: 12-25; 34: 1-9; 35: 25; 36: 1-14; 43: 5-25; 44: 1-25; 45: 1-25; 46: 1-25; 48: 1-25; 50: 3-25; 51: 1-25; 52: 1-20; 56: 11-20; 57: 5-25; 58: 1-25; 59: 1-25; 60: 1-25; 61: 1-25; 62: 1-25; 63: 1-25; 66: 3-25; 67: 1-25; 68: 1-25; 73: 23-25; 74: 1-25; 75: 1-17; 76: 1-25; 77: 1-25; 78: 1-25; 79: 1-25; 80: 1-25; 84: 1-25; 85: 13-25; 88: 17-25; 89: 1-3; 91: 12-25; 92: 1-19; 95: 10-25; 96: 1-25; 97: 1-25; 98: 1-25; 99: 1-21; 105: 8-25; 106: 1-25; 107: 1-20; 108: 4-24; 109: 11-25; 110: 1-24; 111: 23-25; 112: 1-25; 113: 1-25; 114: 1-10; 119: 16-25; 120: 1-16; 142: 7-25; 143: 1-25; 144: 1-25; 145: 1-25; 146: 1-23; 147: 1-25; 148: 1-25; 149: 1-2; 152: 4-25; 153: 1-25; 154: 1-25; 155: 1-25; 156: 1-25; 157: 1-25; 158: 1-25; 159: 1-25; 160: 1-10; 164: 20-25; 165: 1-25; 172: 23-25; 173: 1-10; 175: 17-24; 176: 9-25; 177: 1-25; 178: 1-25; 179: 12-25; 180: 1-8; 189: 10-25; 190: 1-25; 191: 24-25; 192: 1-25; 193: 1-25; 194: 1-12; 197: 1-15; 198: 10-22; 203: 14-25; 204: 1-24; 207: 13-25; 208: 1-25; 209: 1-9;

Daniel Mansi

25:12 - 26:10; 26:11 - 27:13; 63:12 - 64:20; 64:21 - 65:14; 67:24 - 68:12; 71:24 - 72:9; 73:5 - 74:21; 78:7 - 79:2; 83:19 - 84:6; 84:7 – 25; 89:25 - 91:9; 92:7 – 19; 97:14 – 25; 103:5 – 7; 107:8 – 16; 109:12 – 16; 110:4 – 11; 110:16 – 25; 113:5 – 13; 127:4 – 9; 127:17 – 23; 132:15 - 133:2; 134:24 - 135:6; 154:16 - 155:12; 156:9 – 12; 168:22 – 25; 169:2 – 22; 175:5 - 176:5; 176:6 - 177:18; 177:23 - 180:8; 180:9 – 23; 181:6 – 25; 183:24 - 184:7; 196:20 - 197:24; 199:23 - 200:11; 200:12 - 201:10; 204:10 - 205:14; 207:2 – 13; 219:6 - 220:12; 225:2 – 8; 246:17 - 247:4; 247:5 – 24; 252:23 - 253:2; 253:3 – 23; 264:25 - 265:11; 266:5 – 11; 290:12 – 16; 290:24 - 291:4; 291:12 – 18.

Plaintiffs reserve the right to enter as evidence such much of the deposition testimony of this witness as conflicts with his testimony at trial.

Plaintiffs reserve the right to enter as evidence such much of the deposition testimony of Defendants' witnesses as conflicts with their testimony at trial.

Defendant designates the following testimony:

Rohit Chetal

8:11 – 10:2; 51;16 – 54:2; 56:22 – 57:10; 58:14 – 59:23; 87:11 – 90:03; 119:17 – 121:8; 122:4 – 122:7; 150:7 – 151:13.

Aaron Daniels

6:18 – 9:19; 13:6 – 17:14; 18:8 – 19:16; 120:13 – 124:8; 149:16 – 163:3; 164:6 – 174:5; 175:7 – 176:16.

Defendants reserve the right to enter as evidence additional portions of the deposition testimony of the witness as conflicts with his testimony at trial.

vii.     List of Exhibits

|   | **Plaintiffs' Exhibits** | | | |
|---|---|---|---|---|
| # | Description | Bates Nos. | * =Obj. | Basis for Objection |
| 1 | Defendants' Corporate Organization Board | None. | | |
| 2 | Emails regarding Overtime | DanielsPlts'Prod000001-000003 | | |
| 3 | Complaint in previous FLSA case involving Defendants | None. | * | Hearsay if offered for the truth of the allegations contained therein. |
| 4 | Defendants' Answers | None. | | |

6

|    |                                                   |                                                                |   |                                                                            |
|----|---------------------------------------------------|----------------------------------------------------------------|---|----------------------------------------------------------------------------|
|    | to Interrogatories                                |                                                                |   |                                                                            |
| 5  | Defendants' Responses to Request for Admission    | None.                                                          |   |                                                                            |
| 6  | Mortgage Specialist Compensation Plans            | See Plts' Dep. Ex. 1, 9, 10                                    |   |                                                                            |
| 7  | August 15, 2008 email from Robert Miller          | See Plts' Dep. Ex. 4                                           |   |                                                                            |
| 8  | Loan Officer Agreements                           | See Plts' Dep. Ex. 5, 6                                        |   |                                                                            |
| 9  | Compensation Reports                              | D00001-000645                                                  |   |                                                                            |
| 10 | Loan Officer Responsibilities                     | See Plts' Dep. Ex. 14                                          |   |                                                                            |
| 11 | Loan Officer Job Listings                         | See Plts' Dep. Ex. 16, 17, 27                                  |   |                                                                            |
| 12 | Employee Classification Form                      | See Plts' Dep. Ex. 18                                          |   |                                                                            |
| 13 | Defendants' Policy Manuals                        | None.                                                          |   |                                                                            |
| 14 | September 9, 2009 email from Adam Brown           | See Plts' Dep. Ex. 23                                          |   |                                                                            |
| 15 | Department of Labor Materials                     | See Plts' Dep. Ex. 25 and 113 page response to FOIA request    |   |                                                                            |
| 16 | Branch Commission Policy                          | Not bates stamped                                              |   |                                                                            |
| 17 | Plaintiffs' declarations                          | None.                                                          | * | Hearsay if offered for the truth of the allegations contained therein.     |

**Defendant's Exhibits**

1. Plaintiffs' Complaint;
2. All Consents to Join Collective Action filed in this action
3. All Declarations filed by any Plaintiff and/or any individual who consented to join the action.


Dated: September 2, 2011

7

        Respectfully submitted,

        <u>/s/ Erik H. Langeland</u>
        Erik H. Langeland
        ERIK H. LANGELAND, P.C.
        500 Fifth Avenue, Suite 1610
        New York, NY 10110
        Phone: (212) 354-6270
        Fax: (212) 898-9086
        elangeland@langelandlaw.com

        James B. Zouras
        Ryan F. Stephan
        (Admitted Pro Hac Vice)
        STEPHAN ZOURAS, LLP
        205 North Michigan Avenue
        Suite 2560
        Chicago, IL 60601
        (312) 233-1550
        (312) 233-1560 (Fax)