IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON DANIELS and ROBERT SZWAJA Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. CV 08-4736 ) |
| v. | ) JUDGE WEXLER ) |
| PREMIUM CAPITAL FUNDING, LLC D/B/A TOP DOT MORTGAGE, DAVID BROWN, FRANK FIORE and DANIEL MANSI, | ) MAGISTRATE JUDGE LINDSAY ) ) ) ) |
| Defendants. | ) |

**STIPULATED JUDGMENT ORDER ON JURY VERDICT**

This cause, having gone to trial and the jury having rendered a verdict, and the Court having found that the Defendants acted willfully, IT IS HEREBY ORDERED that judgment is entered for Plaintiffs Aaron Daniels and Robert Szwaja, individually and on behalf of all others similarly situated, and against Defendants Premium Capital Funding, LLC D/B/A Top Dot Mortgage, David Brown and Frank Fiore, jointly and severally, in the following amounts:

**Unpaid Minimum Wage**

$9,800 (x) 166 (number of opt-ins) (x) 2 (years) =   $3,253,600.00

$3,253,600 (x) 2 (liquidated damages) =   $6,507,200.00

**Unpaid Overtime Wages**

$3,765 (x) 166 (number of opt-ins) (x) 2 =   $1,249,980.00

$1,249,980.00 (x) 2 (liquidated damages) =   $2,499,960.00

**Total Judgment:**

$9,007,160.00 plus attorneys' fees and costs to be determined by the Court.

Dated: ____ day of ____, 2011                    BY THE COURT:

                                                                                                                                      _____
                                                                                                                                      Leonard D. Wexler, U.S.D.J.