COURTESY COPY
ORIGINAL FILED VIA ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 19 2011 ★
LONG ISLAND OFFICE

| | |
|---|---|
| AARON DANIELS and ROBERT SZWAJA Individually, and on Behalf of All Others Similarly Situated, </br></br> Plaintiffs, </br></br> v. </br></br> PREMIUM CAPITAL FUNDING, LLC D/B/A TOP DOT MORTGAGE, DAVID BROWN, FRANK FIORE and DANIEL MANSI, </br></br> Defendants. | Case No. CV 08-4736 </br></br> JUDGE WEXLER </br></br> MAGISTRATE JUDGE LINDSAY |

**STIPULATED JUDGMENT ORDER ON JURY VERDICT**

This cause, having gone to trial and the jury having rendered a verdict, and the Court having found that the Defendants acted willfully, IT IS HEREBY ORDERED that judgment is entered for Plaintiffs Aaron Daniels and Robert Szwaja, individually and on behalf of all others similarly situated, and against Defendants Premium Capital Funding, LLC D/B/A Top Dot Mortgage, David Brown and Frank Fiore, jointly and severally, in the following amounts:

**Unpaid Minimum Wage**

$9,800 (x) 166 (number of opt-ins) (x) 2 (years) =    $3,253,600.00

$3,253,600 (x) 2 (liquidated damages) =    $6,507,200.00

**Unpaid Overtime Wages**

$3,765 (x) 166 (number of opt-ins) (x) 2 =    $1,249,980.00

$1,249,980.00 (x) 2 (liquidated damages) =    $2,499,960.00

**Total Judgment:**

$9,007,160.00 plus attorneys' fees and costs to be determined by the Court.

COURTESY COPY
ORIGINAL FILED VIA ECF

Dated: __19__ day of __Sept__, 2011            BY THE COURT:

_____
Leonard D. Wexler, U.S.D.J.
Central Islip, N.Y.