FORM 1

## NOTICE OF APPEAL

US DISTRICT COURT E.D.N.Y

★  OCT 07 2011  ★

LONG ISLAND OFFICE

\* \* \* \* \* \* \* \* \* \* \*

### UNITED STATES DISTRICT COURT
### FOR THE
*Eastern* DISTRICT OF *New York*

*AARON DANIELS ET AL*
*Vs*
*PREMIUM CAPITAL FUNDING LLC*
*ET AL.*

NOTICE OF APPEAL

*CV-08-4736*
Docket No.

Notice is hereby given that ___*FRANK FIURE*___
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the

decision (describe it) *$9,007,160.00 JUDGEMENT AWARDED AGAINST*
*FRANK FIURE PERSONALLY*

entered in this action on the *19* day of *SEPTEMBER*, 20*11*.

_____
Signature

*FRANK FIURE*
Printed Name

*3 JILL COURT*
Address

*GREENLAWN, NY 11740*

*(631) 544-4034 HOME*
Telephone No. (with area code)

*516-236-6711 CELL PHONE*

Date: *10/7/11*